UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA RINHEART,

     Plaintiff,

                             Case No. 1:24-cv-1141

v.

                             Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **ORDER**

In this action contesting the denial of benefits, Plaintiff has filed an unopposed motion for attorney fees.  On February 2, 2026, the magistrate judge entered a report and recommendation (R&R) that the Court grant the motion in part and award Plaintiff $5,896.94 in fees (ECF No. 15).  The deadline for filing objections has passed and neither party has objected to the R&R.  Upon review, the Court concludes that the R&R makes a sound recommendation.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 15) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney fees (ECF No. 14) is **GRANTED IN PART** as set forth in the R&R.

**IT IS FURTHER ORDERED** that Defendant must pay Plaintiff attorney fees in the amount of $5,896.94.

Dated: February 26, 2026            /s/ Hala Y. Jarbou
                                   HALA Y. JARBOU
                                   CHIEF UNITED STATES DISTRICT JUDGE